IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRUDENCE BUSHNELL, et al., *Plaintiffs*, v. THE ISLAMIC EMIRATE OF AFGHANISTAN, et al., *Defendants*. | Civil Action No. 1:22-cv-08901(JSR) |

**NOTICE OF PLAINTIFFS' MOTION FOR A STAY OF PROCEEDINGS AS TO DEFENDANT DA AFGHANISTAN BANK AND <u>FOR ENTRY OF DEFAULT AS TO ALL OTHER DEFENDANTS</u>**

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned action hereby move for a Stay of Proceedings with respect to Defendant Da Afghanistan Bank and for Entry of Default as to Defendants the Islamic Emirate of Afghanistan, the Taliban, The Haqqani Network, Sirajuddin Haqqani, Nasiruddin Haqqani, and Al-Qaeda. The grounds and reasons for granting this relief have been stated with particularity in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for a Stay of Proceedings as to Defendant Da Afghanistan Bank and for Entry of Default as to all other Defendants. A proposed order is submitted herewith.

Respectfully submitted this 5th day of May, 2023.

1

| | |
|---|---|
| THE ROTHENBERG LAW FIRM, LLP | WHEELER & FRANKS LAW FIRM P.C. |
| Adam Drexler, Esq.<br>Harry Rothenberg, Esq.<br>Allen L. Rothenberg, Esq.<br>1420 Walnut Street<br>Philadelphia, PA 19102<br>Telephone: 800.624.8888<br>adrexler@injurylawyer.com<br>harry@injurylawyer.com<br>allen@injurylawyer.com | William Wheeler, Esq.<br>Admitted *Pro Hac Vice*<br>Jaime Franks, Esq.<br>114 S. Broadway Street<br>Tupelo, MS 38804<br>Telephone: 662.636.6055<br>wwheeler@wheelerfrankslaw.com<br>jfranks@wheelerfrankslaw.com |
| MILLER DELLAFERA PLC | EAVES LAW FIRM |
| /s/ Thomas F. DellaFera Jr.<br>Thomas F. DellaFera Jr., Esq.<br>Admitted *Pro Hac Vice*<br>Peter Miller, Esq.<br>Admitted *Pro Hac Vice*<br>3420 Pump Road PMB 404<br>Henrico, VA 23233-1111<br>Telephone: 800.401.6670<br>pmiller@millerdellafera.com<br>tdellafera@millerdellafera.com | John Arthur Eaves, Jr., Esq.<br>Admitted *Pro Hac Vice*<br>Brady Eaves, Esq.<br>Admitted *Pro Hac Vice*<br>101 North State Street<br>Jackson, MS 39201<br>Telephone: 601.355.7961<br>johnjr@eaveslawmail.com |

MM~LAW LLC

Gavriel Mairone, Esq.
New York Bar # 5636550
MM~LAW LLC
980 N. Michigan Ave, Suite 1400
Chicago, IL 60611
Telephone: (312) 253-7444
Facsimile: (888) 966-0262
Email: ctlaw@mm-law.com