IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRUDENCE BUSHNELL, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE ISLAMIC EMIRATE OF AFGHANISTAN, et al., <br><br> *Defendants*. | Civil Action No. 1:22-cv-08901(JSR) |

## [PROPOSED] ORDER

**WHEREAS,** mailing addresses are not presently known or reasonably ascertainable for Defendants the Taliban, The Haqqani Network, Sirajuddin Haqqani, Nasiruddin Haqqani, and Al-Qaeda, and "[n]o service is required on a party who is in default for failing to appear." Fed. R. Civ. P. 5(a)(2).

**IT IS HEREBY ORDERED THAT** Plaintiffs are excused from the mailing requirement described in Local Civil Rule 55.2(c) as it applies to their Motion for Default Judgment against the aforementioned Defendants.

**SO ORDERED.**

DATED: 7/3/23

_____
Hon. Jed S. Rakoff
United States District Court for the
Southern District of New York

1